UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:07CR763 HEA |
| ) | |
| BOBBIE JEAN CHEEKS, ) | |
| ) | |
| Defendant, ) | |

# **OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on Defendant's Motion to Suppress Statements, [Doc. 71]. The Court referred this matter to United States Magistrate Judge Mary Ann L. Medler for a report and recommendation pursuant to 28 U.S.C. § 636(b). An evidentiary hearing was held on January 30, 2008 before Judge Medler. On February 4, 2008, Judge Medler issued her Report and Recommendation that the motions be denied. No objections to the Report and Recommendation have been filed within the prescribed time period.

After careful consideration, the Court will adopt and sustain the sound reasoning of Judge Medler as set forth in her February 4, 2008 Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Suppress

Statements, [Doc. No. 71], is denied.

Dated this 4th day of March, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE